UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff,<br><br>v.<br><br>XCL RESOURCES HOLDINGS, LLC, et al.<br><br>                              Defendants. | Case No. 1:25-cv-00041-TSC |

**DEFENDANTS' DESCRIPTION OF COMMUNICATIONS AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g)**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendants XCL Resources Holdings, LLC ("XCL"), Verdun Oil Company II LLC ("Verdun"), and EP Energy LLC ("EP Energy) (together, "Defendants") submit through undersigned counsel the following description of communications by or on behalf of Defendants "with any officer or employee of the United States concerning or relevant to" the proposed Final Judgment filed in this action.

In April 2024, Federal Trade Commission representatives, counsel for Defendants, and employees of XCL and Verdun met virtually to discuss the terms of the proposed Final Judgment. Defendants are not aware of any other written or oral communications by or on behalf of Defendants with any officer or employee of the United States except for communications between outside counsel for Defendants and employees of the Federal Trade Commission.

Defendants certify that the foregoing is a true and complete description of communications to be disclosed under 15 U.S.C. § 16(g), and that with this submission, Defendants have complied with the requirements of 15 U.S.C. § 16(g).

Dated: January 10, 2025
Washington, D.C.

Respectfully submitted,

 /s/ *Jeremy Calsyn*
Jeremy Calsyn (D.C. Bar No. 467737)
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
(202) 974-1522
jcalsyn@cgsh.com

*Counsel for Defendants*